

450 Seventh Ave
Suite 1408
New York, NY 10123

Danielle P. Light
T. 646.490.6677
F. 347.491.4048
dlight@hasbanilight.com

*Licensed in NY & NJ*

January 6, 2022

**Via ECF**
Honorable Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

**RE:** Case Name:   225 Development Realty Inc.
Case Number: 1-22-40015-ess
Case Re-Assignment Request to Judge Nancy Hershey Lord

Dear Judge Stong:

We are counsel for Creditor Green Mountain Holdings (Cayman) Ltd. ("Creditor"). Debtor, 225 Development Realty Inc. ("Debtor") filed for bankruptcy today to stop a foreclosure auction scheduled for tomorrow, January 6, 2022.

We write to request that since this case is related to a bankruptcy filed by In Re Northfield 30 Corp. bearing Docket No. 1-18-42802 and 1-19-01092 (which has the same principal of the company as Debtor), that this case be reassigned to Judge Nancy Hershey Lord. We ask this Court to take judicial notice of the fact that there are ongoing hearings in that case on a Rule 11 Motion for Sanctions filed by the undersigned on behalf of a creditor/mortgagee.

Specifically, in In Re Northfield 30 Corp., the creditor has been pursuing sanctions for the wrongful bankruptcy filings, the use of fake and/or expired identification to file bankruptcy petitions, fake names as members or principals of companies filing for bankruptcy, and the use of fake social security numbers by the member/principal. Judge Lord has been overseeing those hearings. In the interest of judicial economy, we request that this case be reassigned to her since the same/similar players are involved.

We thank the Court for its time and consideration of this matter.

Sincerely,

/s/*Danielle P. Light*
Danielle P. Light, Esq.
*Counsel for Creditor*